177 So. 916

**NORTH RIVER INSURANCE CO. v. HOW-ARD HALL, Inc.**

**6 Div. 187.**

Supreme Court of Alabama.
Dec. 14, 1937.

Coleman, Spain, Stewart & Davies, of Birmingham, for appellant.

Harsh, Harsh & Hare, of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed by appellant.

176 So. 918

**R. Elmer PHELPS v. STATE.**

**4 Div. 910.**

Supreme Court of Alabama.
Oct. 28, 1937.

PER CURIAM.
Appeal dismissed.

177 So. 916

**William ROBINSON, alias, v. STATE.**

**4 Div. 949.**

Supreme Court of Alabama.
Nov. 26, 1937.

J. N. Mullins, of Dothan, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.
Appeal dismissed by appellant.

176 So. 918

**Ex parte R. P. McDAVID & CO.**

**6 Div. 206.**

Supreme Court of Alabama.
Oct. 28, 1937.

C. W. Greer, of Birmingham, for petitioner.

PER CURIAM.
Petition dismissed for want of prosecution.

176 So. 918

**Homer SANDERSON v. STATE.**

**8 Div. 829.**

Supreme Court of Alabama.
Oct. 14, 1937.

Murphy & Pounders, of Florence, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

KNIGHT, Justice.
Petition of Homer Sanderson for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Sanderson v. State, 176 So. 925.

Writ denied.

ANDERSON, C. J., and GARDNER and THOMAS, JJ., concur.

177 So. 916

**N. P. SHOTTS v. Cleve SHOTTS, as Ex'r.**

**6 Div. 245.**

Supreme Court of Alabama.
Nov. 26, 1937.

PER CURIAM.
Affirmed on certificate.